1

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com

2

Adam W. Hansen, CA State Bar No. 264241
Ahansen@nka.com

3

NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720

4

San Francisco, CA  94111
Telephone: (415) 277-7235

5

Facsimile: (415) 277-7238

6

**Attorneys for Plaintiffs**

7

SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)

8

apaley@seyfarth.com
2029 Century Park East, Suite 3500

9

Los Angeles, California  90067-3021

10

United States of America
Telephone:    (310) 277-7200

11

Facsimile:    (310) 201-5219

12

SEYFARTH SHAW LLP
Brandon R. McKelvey (SBN 217002)

13

bmckelvey@seyfarth.com

14

James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com

15

Coby M. Turner (SBN 266298)
cturner@seyfarth.com

16

400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428

17

Telephone:    (916) 448-0159

18

Facsimile:    (916) 558-4839

**Attorneys for Defendant**

19

**PROSPECT MORTGAGE, LLC**

20

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

21

22

Javan Devore, Barbara Kite, Joanna Lopez, Michael Regan, and Patricia Regan, individually, and on behalf of the general public,

**Case No. 3:13-cv-01841-RS**

23

**STIPULATION AND [PROPOSED] ORDER TO FIND CASES RELATED**

24

Plaintiffs,

25

vs.

26

Prospect Mortgage, LLC,

27

Defendant.

28

1    WHEREAS, Plaintiffs in this matter and the Petitioners in the matter of Aldrich v.

2  Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) are represented by the undersigned

3  Plaintiffs' Counsel; and

4    WHEREAS, Defendant Prospect Mortgage, LLC is represented by the undersigned

5  Defense Counsel both in this matter and in the matter of Aldrich v. Prospect Mortgage, LLC,

6  Case No. 3:13-cv-03711 (WHO);

7    IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED that the Court

8  deem the matter of Aldrich v. Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) to be

9  related to this matter.

10

11                                 Respectfully Submitted

12  Dated: August 15, 2013           NICHOLS KASTER, LLP

13
                                     By:    s/Matthew C. Helland
14                                          Matthew C. Helland

15                                   Attorneys for Plaintiffs

16
    Dated: August 15, 2013           SEYFARTH SHAW LLP
17
                                     By:    s/Coby M. Turner
18                                          Coby M. Turner

19                                   Attorneys for Defendant

20

21    PURSUANT TO STIPULATION, IT SO ORDERED.  The matter of Aldrich v. Prospect

22  Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) is related to this matter and shall be reassigned

23  to the undersigned.

24

25  Dated:  8/20/13                   _____
                                      Hon. Richard Seeborg
26                                    United States District Judge

27

28

-2-

STIPULATION AND [PROPOSED] ORDER TO FIND CASES RELATED